YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| WENDY WEBB,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL SERVICES, INC.<br><br>    Defendant. | Case No.: 2:18-cv-02014-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPUATION TO EXTEND DEFENDANT ONEMAIN FINANCIAL SERVICES, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Hon. Troy L. Nunley<br>Complaint Filed: July 23, 2018<br>Trial Date: None set |

The Court, having reviewed the Joint Stipulation to extend time to respond to the complaint and GOOD CAUASE APPEARING,

IT IS HEREBY ORDERED THAT:

Defendant OneMain Financial Services, Inc. response to Complaint shall be filed on or before September 28, 2018.

IT IS SO ORDERED.

Dated: September 14, 2018

                 _____
                 Troy L. Nunley
                 United States District Judge