YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| WENDY WEBB,<br><br>             Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL SERVICES, INC.<br><br>             Defendant. | Case No.: 2:18-cv-02014-TLN-KJN<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION** |

Having reviewed the Stipulation for Binding Arbitration of Plaintiff Wendy Webb and Defendant OneMain Financial Services, Inc., and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

The Stipulation is granted and this matter shall be referred to binding arbitration through the American Arbitration Association ("AAA").

The Court further orders that the action is stayed pending completion of arbitration.

IT IS SO ORDERED.

Dated: September 27, 2018

_____
Troy L. Nunley
United States District Judge

1
ORDER